IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY IVINS,<br><br>               Plaintiff,<br><br>   v.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS-STATE CORRECTIONAL INSTITUTE AT GRATERFORD,<br><br>               Defendant. | CIVIL ACTION<br>NO. 17-5777 |

## **ORDER**

**AND NOW**, this 15th day of February 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), Plaintiff's Response in Opposition to Defendant's Motion (Doc. No. 17), Defendant's Reply in Support of its Motion (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 14) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.