IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY IVINS, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS-STATE CORRECTIONAL | : | |
| INSTITUTION AT GRATERFORD, | : | |
| | : | |
| Defendant | : | No. 17-5777 |

**DEFENDANT'S**
**PROPOSED JURY INTERROGATORIES[1]**

1.  Has Ms. Ivins proved by a preponderance of the evidence that (1) the Department of Corrections subjected her to a hostile work environment?

    _____ Yes       _____ No

**If you answered "Yes" to Question #1, continue to Question #2**

**If you answered "No" to Question #1, skip Question #2 and go to Question #3.**

2.  Has the Department of Corrections proved by a preponderance of the evidence that it exercised reasonable care in controlling the working environment and that Ms. Ivins unreasonably failed to take advantage of any preventative or corrective opportunities?

---

[1] The parties previously filed a set of jointly proposed interrogatories (ECF No. 37). Those proposed instructions did not include the defendant's affirmative defense, while these do.

\_\_\_\_\_ Yes          _____ No

3.      Has Ms. Ivins proved by a preponderance of the evidence that the Department of Corrections' decision to terminate her was retaliation for complaining of sexual harassment and/or a hostile work environment?

\_\_\_\_\_ Yes          _____ No

**If you answered "No" to Questions #1 and #3, STOP your deliberations and please have the foreperson sign the form at the bottom of the last page and return it.**

**If you answered "No" to Questions #2 and #3, STOP your deliberations and please have the foreperson sign the form at the bottom of the last page and return it.**

**If you answered "Yes" to Questions #1, #2 and #3, go to Question #4.**

**If you answered "Yes" to Questions #1 and #2, and "No" to Question #3, go to Question #4.**

**If you answered "No" to Question #1, and "Yes" to Question #3, go to Question #4.**

4.	What amount of compensatory damages do you award to Ms. Ivins to fairly and adequately compensate her for the emotional distress or loss of earning capacity she has incurred as a result of the Department of Corrections' conduct?

$ _____

**PLEASE SIGN THE FORM BELOW AND NOTIFY THE DEPUTY CLERK THAT YOU HAVE REACHED A VERDICT.**

**Date:** _____         _____

				**Foreperson**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY IVINS, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS-STATE CORRECTIONAL INSTITUTION AT GRATERFORD, | : | |
| Defendant | : | No. 17-5777 |

## **CERTIFICATE OF SERVICE**

I, Kevin R. Bradford, hereby certify that the Defendant's Proposed Jury Interrogatories have been filed electronically on May 22, 2019 and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The following parties are listed as ECF Filing Users and are therefore automatically served by electronic means:

- **SIDNEY L. GOLD**
  sgold@discrimlaw.net,ashields@discrimlaw.net,ddrages@discrimlaw.net
- **WILLIAM RIESER**
  brieser@discrimlaw.net,ashields@discrimlaw.net,sgold@discrimlaw.net,ddrages@discrimlaw.net

By:   s/ Kevin Bradford

Kevin R. Bradford
Senior Deputy Attorney General
Attorney I.D. No. 88576

Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2262
Fax:    (717) 772-4526
kbradford@attorneygeneral.gov

Keli M. Neary
Chief Deputy Attorney General
Civil Litigation Section